UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**SCOTT KNOX**

    vs.                                                          **CIVIL NO.   1: 14-CV-901**

**PERFORMANT RECOVERY, INC., et al.**

**JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT**

The Court has been advised by counsel that this action has been settled, or is in the process of being settled.  Counsel has also advised the Court that no infant or incompetent is a party to this action.  Accordingly, pursuant to N.D.N.Y.L.R. 68.2(a), it is hereby

    **ORDERED** that:

    1.  The above captioned case is hereby **DISMISSED** in its entirety **without prejudice** to re-opening upon the motion of any party within sixty days of the date of the filing of this order upon a showing that the settlement was not consummated;

    2.  The dismissal of the above captioned case shall become **with prejudice** on the sixty-first day after the date of the filing of this order <u>unless</u> any party moves to re-open this case within sixty days of the date of filing of this order upon a showing that the settlement was not consummated.  Upon completion

of settlement, the parties are directed to exchange general releases and **file a Stipulation of Discontinuance with the Court to include language "that no party hereto is an infant or incompetent" in compliance with N.D.N.Y.L.R. 41.3**; and,

3. The Clerk shall forthwith serve this Judgment upon the attorneys for the parties appearing in this action by electronic mail.

**IT IS SO ORDERED.**

Dated:   December 5, 2014

*Thomas J. McAvoy* (signature)
Thomas J. McAvoy
Senior, U.S. District Judge